IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                         Case No. 18-cv-710-jdp

JERIME J. BORST, DIANE M. BORST,
WESTERN WISCONSIN NUTRITION,
LLC, BINKOWSKI OIL, LLC, PIERCE
VETERINARY CLINIC, INC., DEERE &
COMPANY, THE COOPERATIVE
FINANCE ASSOCIATION, INC., PHI
FINANCIAL SERVICES, INC., and
BANK OF AMERICA, N.A.

   Defendants.

### ORDER OF DISMISSAL

The plaintiff, United States of America, having moved this court to dismiss the above-captioned case without prejudice under Fed. R. Civ. P. 41(a)(2),

IT IS HERBY ORDERED that this case is dismissed without prejudice, subject to reopening, upon motion of the plaintiff, in the event that relief from stay is granted in the bankruptcy proceeding or that proceeding is not dispositive with regard to all issues herein.

Entered this 12th day of OCTOBER, 2018.

BY THE COURT:

_____
JAMES D. PETERSON
United States District Judge
Western District of Wisconsin